UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. MORALES,<br><br>　　　　　Defendant. | No. 1:25-cv-00051-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 13) |

　　　　Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 8, 2025, the magistrate judge issued an order to show cause why this matter should not be dismissed for lack of jurisdiction. Doc. 10. Plaintiff filed his response on May 19, 2025. Doc. 11. On July 3, 2025, the magistrate judge issued findings and recommendations, recommending that this matter be dismissed. Doc. 13. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 6. Plaintiff timely filed objections. Doc. 14.

//

1

     In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. The findings and recommendations correctly conclude that plaintiff does not state a cognizable claim under 42 U.S.C. § 1983. Plaintiff does not meaningfully challenge the magistrate judge's findings or identify any error in the reasoning of the findings and recommendations, and he fails to identify any cognizable claim under 42 U.S.C. § 1983. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations are supported by the record and by proper analysis.

     Accordingly:

1. The findings and recommendations issued on July 3, 2025, Doc. 13, are adopted;
2. This action is dismissed;
3. The Clerk of Court is directed to close this case and terminate any pending motions.

IT IS SO ORDERED.

Dated:   October 22, 2025

_____
UNITED STATES DISTRICT JUDGE

2